AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

| | |
|---|---|
| MATTHEW A. HOLM<br>Plaintiff (s),<br>V.<br>ASSOCIATED CONSTRUCTORS COMPANY, INC.<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 25-cv-2017-CSB-EIL |

Notice is hereby given that, subject to approval by the court, __Associated Constructors Company, Inc.__ substitutes
(Party (s) Name)

__James J. Schmidt__, State Bar No. __6331516__ as counsel of record in
(Name of New Attorney)

place of __Lorna K. Geiler__,
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Meyer Capel, A professional Corporation |
| Address: | 306 W Church St., PO Box 6750, Champaign, IL 61826-6750 |
| Telephone: | (217) 352-1800      Facsimile  (217) 352-1083 |
| E-Mail (Optional): | jschmidt@meyercapel.com |

I consent to the above substitution.

Date: 3/11/2025

*CHRIS WALSH PRESIDENT*
(Signature of Party (s))

I consent to being substituted.

Date: 3/11/2025

/s/ Lorna K. Geiler

Lorna K. Geiler
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/11/2025

/s/ James J. Schmidt
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]